

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

John F. Basiak Jr.
*Assistant United States Attorney*
*Chief, Civil Division*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
*john.basiak@usdoj.gov*

*main: (609) 989-2190*
*direct:(609) 858-0309*

March 26, 2026

**<u>Via ECF</u>**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    ***Silva-Loja v. Borgen, Kumar v. Soto***, No. 26-3179
           **Extension Request *Nunc Pro Tunc***

Dear Judge Farbiarz:

This Office represents Respondents in the above-referenced habeas matter. Yesterday the Court ordered our Office to file a declaration that "the United States Attorney's Office has (i) received this Order and conveyed it to the appropriate personnel at ICE; and (ii) provided ICE with written legal advice on the subject of ICE's obligation to comply with this Order." ECF No. 2. The Court also ordered us to file a declaration from U.S. Immigration and Customs Enforcement ("ICE") indicating that ICE "(i) received this Order; and (ii) received written legal advice from the United States Attorney's Office on the subject of ICE's obligation to comply with this Order." *Id.* Each declaration had to be filed by 11:00 am on March 26. The declaration from this Office complied with that deadline, but we neglected to file the ICE declaration until approximately 11:38 am today, 38 minutes after the deadline. The delay was due to an administrative error on the part of our Office, and I apologize for this error. We respectfully request that the Court grant an extension of time *nunc pro tunc* to file the ICE declaration and accept the ICE declaration as timely filed.

Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   <u>/s/ John F. Basiak Jr.</u>
      JOHN F. BASIAK JR.

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 3/30/26